

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO.: 1:18cv117

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>REAL PROPERTY which is physically located at )<br>129 Reservoir Ridge Drive in Cullowhee, North Carolina, )<br>and more particularly described in a document at Book 1898, )<br>Pages 775-777 in the office of the Register of Deeds for )<br>Jackson County, North Carolina. )<br>)<br>_____ )<br>**FILE IN GRANTOR INDEX UNDER:** )<br>**MARK L. MILLER** ) | NOTICE AND LIS PENDENS |

  WHEREAS, the United States of America, by and through Special Agent Christopher B. Green, Specia Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives, has presented an affidavit to the Court alleging that the above-captioned property constitutes or is derived from proceeds traceable to and/or facilitating property in violation of 21 U.S.C. §§ 841 and 846;

  WHEREAS, the Court, having reviewed the affidavit, finds that there is probable cause to Believe that the property constitutes or is derived from proceeds traceable to and or facilitating property in violation of 21 U.S.C. §§ 841 and 846;

  WHEREAS, upon this finding of probable cause, the property may be subject forfeiture to the United States pursuant to 21 U.S.C. §§ 853(a)(1) and/or (a)(2) and 21 U.S.C. § 881(a)(7), and the government is entitled to record a lis pendens to give public notice of the government's forfeiture interest and potential civil and/or criminal forfeiture claim against the property;

  THEREFORE, the United States is directed forthwith to file this Order and Lis Pendens with the appropriate state or local public depository; and

ALL WHO READ THIS ORDER AND LIS PENDENS TAKE NOTICE that the property may be subject to forfeiture to the United States in a present and future criminal or civil in rem action before this Court, and any person who has a question as to this action should contact:

United States Attorney
For the Western Dsitrict of North Carolina
AttM: Tiffany M. Moore
227 West Trade Street, Suite 1650
Charlotte, NC 28202
(704) 344-6222

This the 1st day of May, 2018.

Dennis L. Howell
United States Magistrate Judge

**TO THE RECORDER OF THIS INSTRUMENT: MAIL ANY AND ALL RECORDED COPIES TO THE UNITED STATES ATTORNEY FOR THE WESTERN DISTRICT OF NORTH CAROLINA AT THE ABOVE ADDRESS.**