## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:18 cv 117

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| **129 RESERVOIR RIDGE DRIVE,** ) | |
| **CULLOWHEE, NC,** *Real Property more* ) | |
| *Particularly Described in a Document at Book* ) | |
| *1898, Pages 775–77 in the Office of the* ) | |
| *Register of Deeds for Jackson Country, NC,* ) | **ORDER** |
| ) | |
| Defendant, ) | |
| ) | |
| **JPMORGAN CHASE BANK, N.A.,** ) | |
| ) | |
| Claimant, ) | |
| ) | |
| **MARK LOREN MILLER,** ) | |
| ) | |
| Claimant. ) | |

Before the Court is Claimant Mark Loren Miller's Motion to Stay [# 13]. Counsel for Claimant Miller has not complied with LCvR 7.1(b), which required counsel to confer (or attempt to confer) with opposing counsel prior to filing the Motion. Accordingly, the Court **DENIES** the Motion [# 13] without prejudice.

Signed: August 7, 2018

*[signature]*

Dennis L. Howell
United States Magistrate Judge