# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
## 1:18 cv 117

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**129 RESERVOIR RIDGE DRIVE,** )<br>**CULLOWHEE, NC,** *Real Property more* )<br>*Particularly Described in a Document at Book* )<br>*1898, Pages 775–77 in the Office of the* )<br>*Register of Deeds for Jackson Country, NC*, )<br>)<br>Defendant, )<br>)<br>**JPMORGAN CHASE BANK, N.A.,** )<br>)<br>Claimant, )<br>)<br>**MARK LOREN MILLER,** )<br>)<br>Claimant. )<br>_____ ) | **ORDER** |

Before the Court is Claimant Mark Loren Miller's Unopposed Motion to Stay [# 15]. After reviewing the motion, the Court finds good cause to grant a stay.

Accordingly, the Court **GRANTS** the motion [# 15]. All proceedings and deadlines are stayed pending final resolution of Claimant Mark Loren Miller's criminal matters and those that may be filed in the future that are related to or arise from the same investigation. The Court **DIRECTS** counsel for Claimant Miller to give notice to the Court when the criminal matters have been resolved.

Signed: August 10, 2018

Dennis L. Howell
United States Magistrate Judge