# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:18 CV 117

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>REAL PROPERTY which is physically )<br>located at 129 Reservoir Ridge Drive in )<br>Cullowhee, North Carolina, and more )<br>particularly described in a document at )<br>Book 1898, Pages 775-777 in the office of the )<br>Register of Deeds for Jackson County, North )<br>Carolina, )<br>)<br>Defendant. )<br>_____ ) | ORDER |

This matter is before the Court on a Motion to Substitute Party (Doc. 19) in which Flagstar Bank, FSB ("Flagstar") requests that it be substituted as a Claimant in the place of JPMorgan Chase Bank, N.A. ("Chase"), which previously filed a petition to determine its interest in the subject property (Doc. 12). Chase consents to the requested substitution, and the Government does not oppose it. Id. at 2.

For the reasons stated in the Motion and as further explained in Flagstar's Supplement to Motion to Substitute Party (Doc. 22), and without objection, the request will be allowed.

**IT IS THEREFORE ORDERED THAT** the Motion to Substitute Party (Doc. 19) is **GRANTED**, and Flagstar Bank, FSB is hereby **SUBSTITUTED** for JPMorgan Chase Bank, N.A. as a Claimant in this action.

Signed: May 23, 2019

W. Carleton Metcalf
United States Magistrate Judge