# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| United States of America, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:18-cv-00117-MR-WCM |
| | ) | |
| vs. | ) | |
| | ) | |
| 129 Reservoir Ridge Drive, Cullowhee, NC, | ) ) | |
| | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 16, 2020 Order.

September 16, 2020

*[signature: Frank G. Johns]*

Frank G. Johns, Clerk
United States District Court